FILED
DEC 21 2015
By: /s/ HMCauue

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION FILE |
|  | * NO.1:15-cv-02160-ODE |
| BLUELINK, LLC and | * |
| JOHN DYSLIN, individually, | * |
| Defendants. | * |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment. (Dkt. #6). Defendants Bluelink, LLC and John Dyslin, individually, were properly served and have failed to appear in this action. Entry of Default was made against them by the Clerk of Court on October 2, 2015. Having reviewed the record in this case, the Court finds that Defendants Bluelink, LLC and John Dyslin are covered employers under the FLSA, that Plaintiff was Defendants' employee, and that Defendants willfully failed to pay Plaintiff pursuant to the requirements of the FLSA and the parties' agreement. Accordingly, the Court GRANTS Plaintiff's Motion for Default Judgment and finds that Defendants, jointly and severally, are liable to Plaintiff for unpaid wages and overtime in the

amount of $85,191.60, and further awards liquidated damages due to Defendants' willful failure to compensate Plaintiff as required by the FLSA, in addition to costs in the amount of $530.00, for a total judgment of **$170,913.20**.

SO ORDERED

DATED: December 18, 2015

_____
United States District Court Judge