UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SCOTT JOHNSON,

        Plaintiff,

vs.

BLUELINK, LLC and
JOHN DYSLIN, individually,

        Defendants.

CIVIL ACTION FILE

NO. 1:15-cv-2160-ODE

## DEFAULT JUDGMENT

      The defendants Bluelink, LLC and John Dyslin, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Orinda D. Evans, United States District Judge, by order of December 21, 2015 having directed that judgment issue in favor of plaintiff and against the defendants Bluelink, LLC and John Dyslin, it is hereby

      ORDERED AND ADJUDGED, that Defendants jointly and severally, are liable to Plaintiff for unpaid wages and overtime in the amount of $85,191.60, and further awards liquidated damages due to Defendants' willful failure to compensate Plaintiff as required by the FLSA, in addition to costs in the amount of $530.00, for a total judgment of $170,913.20.

      Dated at Atlanta, Georgia this 21st day of December, 2015.

                                    JAMES N. HATTEN
                                    CLERK OF COURT

                         By:   *s/Frances K. Pinckney*
                               Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   December 22, 2015
James N. Hatten
Clerk of Court

By: *s/Frances K. Pinckney*
      Deputy Clerk